■ In the Matter of the Final Accounting of CHASE MANHATTAN BANK, as Successor Trustee of the Trust for MURIEL McC. HUBBARD. LINCOLN CENTER FOR THE PERFORMING ARTS, INC., et al., Respondents-Appellants.— Motions for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ (A) ALBERT C. SIMONSON V. INTERNATIONAL BANK. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ. (B) ALMA BOSTROM V. PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ. (C) In the Matter of HAROLD ANDERSON et al. v. THEODORE H. LANG et al. Concur — Breitel, J. P., McNally, Stevens, Steuer and Bergan, JJ.— [In each action] Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

■ SILVIO POLITI V. IRVMAR REALTY CORP.— Motions for leave to appeal to the Court of Appeals granted to the extent of certifying the following questions: 1. " Was the order of Special Term denying the motion to dismiss for failure to prosecute properly made?" 2. " Was the order of Special Term denying the motion to vacate a stay granted under C. P. A. § 1520 properly made?" Settle order on notice. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ HELEN JACOBS V. IRVING WARREN.— Motion for reargument denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente and Bastow, JJ.

■ CARNEGIE HALL CORPORATION V. POLA SCHREIBER et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK V. CARROLL GORDON FAX. (B) THE PEOPLE OF THE STATE OF NEW YORK V. MARGIE McCULLERS. (C) THE PEOPLE OF THE STATE OF NEW YORK V. JESSE KELSO. (D) THE PEOPLE OF THE STATE OF NEW YORK V. CHARLES MOTTOLA.— [In each action] Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. FRED SCHMIDT.— Motion for leave to prosecute appeal *pro se* granted. The defendant's time within which to perfect his appeal is enlarged to the September 1962 Term of this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ NEDERLANDSCHE HANDEL-MAATSCHAPPIJ N. V. v. JULIUS SCHREIBER. — Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of Schedules A through I inclusive, on condition that six typewritten copies of each schedule are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of CLARA Y. HILDRETH et al., as Executrices of ADA B. STORM, Deceased.— Motions for a stay, consolidation, enlargement of time and for other relief granted only insofar as to permit the appeals in all four proceedings to be heard in one appeal book, without duplication of printing. That branch of the motions seeking to dispense with the printing in the record on appeal of the minutes of the hearing before the Referee is granted on condition that six typewritten copies of the minutes are filed with this court on or before August 14, 1962. In all other respects, the motions are denied. Motions to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.